UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE 13TH FAMILY COURT OF ISTANBUL, TURKEY IN THE MATTER OF AYKUT CANBILEK V. SEDA ELIF CANBILEK | Case No. 2:21-cv-20405 (BRM) (LDW)<br><br>**ORDER** |

**THIS MATTER** is opened to the Court on the Report and Recommendation of the Honorable Leda D. Wettre, U.S.M.J., dated February 18, 2022 (ECF No. 2), wherein she recommends that the unopposed motion by Petitioner Department of Justice for an Order Pursuant to 28 U.S.C. § 1782(a) (ECF No. 1) be granted and that Katerina Ossenova be appointed Commissioner to serve Mr. Ilkim with the Subpoena, Execution Affidavit of Letter of Request, and Interrogatories attached to the motion at ECF No. 1-3.

The parties were given the opportunity to respond or object to Judge Wettre's Report and Recommendation by March 4, 2022, pursuant to Local Civil Rule 72.1(c)(2); to date, no party has responded or objected to the Report and Recommendation. Having reviewed the Report and Recommendation; and it appearing the Court should adopt the Report and Recommendation without modification;

**IT IS** on this 10th day of March 2022,

**ORDERED** that the Report and Recommendation (ECF No. 2) is hereby adopted in its entirety and entered; and it is further

**ORDERED** that the Motion for an Order Pursuant to 28 U.S.C. § 1782(a) (ECF No. 1) is **GRANTED**, and it is finally

**ORDERED** that that Katerina Ossenova be appointed Commissioner to serve Mr. Ilkim with the Subpoena, Execution Affidavit of Letter of Request, and Interrogatories attached to the motion at ECF No. 1-3.

                                              */s/ Brian R. Martinotti*
                                              **HON. BRIAN R. MARTINOTTI**
                                              **UNITED STATES DISTRICT JUDGE**